No. 54153.—Bohemian Distributing Co. et al. v. United States, protests 953302–G (A), etc. (Los Angeles).

Opinion by EKWALL, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 54154.—Hutzler Bros. Company et al. v. United States, protests 53250–K, etc. (Baltimore, Philadelphia, and St. Louis).

Opinion by EKWALL, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 54155.—John Martin v. United States, protest 56789–K (Pittsburgh).

Opinion by EKWALL, J. Following the authorities cited in Abstract 15400 the court dismissed the protest.

No. 54156.—Nat E. Berzen, Inc., et al. v. United States, protests 125713–K, etc. (Buffalo).

Opinion by EKWALL, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 54157.—T. Sumida & Co., Ltd. v. United States, protest 602207–G (Honolulu).

Opinion by JOHNSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protest.

No. 54158.—C. J. Tower & Sons v. United States, protests 101324–K, etc. (Buffalo).

Opinion by JOHNSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 54159.—Foss & Co., Inc. v. United States, protest 129413–K (Boston).

Opinion by JOHNSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protest.

No. 54160.—British American Importation Co., Ltd. v. United States, protests 138616–K (A)/12944 and 138616–K (B)/12826 (New Orleans).

Opinion by JOHNSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 54161.—Close & Stewart v. United States, protest 139986–K (Seattle).

Opinion by JOHNSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protest.